**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF MISSISSIPPI
JACKSON DIVISION**

**NORMA WOOD**                                                       **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO. 4:08cv117DPJ-JCS**

**AIG DOMESTIC CLAIMS, INC. AND
JOHN DOES I-V**                                                  **DEFENDANTS**

---

**AGREED JUDGMENT OF DISMISSAL**

---

Upon this Court having been informed that the plaintiff has agreed to dismiss all claims filed in this action with prejudice; and

Upon this Court having determined that all claims in the above styled matter should be dismissed with prejudice;

IT IS HEREBY ORDERED AND ADJUDGED that all claims filed by the plaintiff in the above referenced matter should be dismissed with prejudice with each party bearing its own costs.

**SO ORDERED AND ADJUDGED** this the 11th day of March, 2009.

                                                                     s/ *Daniel P. Jordan III*
                                                                     UNITED STATES DISTRICT JUDGE

AGREED TO BY:

/s/ R. Kevin Hamilton
R. KEVIN HAMILTON (MSB#100886)
Attorney for Plaintiff

/s/ Rebecca B. Cowan
REBECCA B. COWAN (MSB# 7735)
Attorney for Defendant